IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY L. HAASE, | |
| Plaintiff, | 8:24-CV-296 |
| vs. | |
| OFFICE OF SOCIAL SECURITY ADMIN., | ORDER |
| Defendant. | |

Based on the evidence provided by the defendant (filing 14-1; filing 15), and in accordance with the Court's earlier order (filing 12),

IT IS ORDERED:

1. A representative for the plaintiff shall file a motion to substitute a party pursuant to Fed. R. Civ. P. 25(a), on or before Thursday, February 20, 2025.

2. If no motion is filed, this case will be dismissed.

3. The Clerk of the Court is directed to mail a copy of this Order to Matthew Sears, 19827 E. West Plains Road, Gretna, Nebraska, 68028.

Dated this 22nd day of November, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge